# THE LAW OFFICE OF MARDA ROSENBAUM, P.C.

335 Hawkins Avenue
Suite B
Ronkonkoma, NY11749

---

Telephone: (631) 366-3670
Facsimile: (631) 366-3902
MARATTY@AOL.COM OR

## THIRD PARTY AUTHORIZATION

DATE: February 11, 2022

RE: U.S. NATIONAL BANK V. PETER NAGY
2:20-cv-00346-FB-VMS

To The Honorable Court and Plaintiff's Counsel:

My apologies for late filing of the Notice of Appearance. I have not litigated nor had any experience E-Filing in Federal Court, and did not intentionally disregard the filing date.

Since receipt of the Activation Letter from Pacer, Monday, 2/7/22, I did everything I was supposed to, created a Pacer Account, but was not aware I needed a CM/ECF Filing Account. I received the information, and was playing phone tag, until Jasmine from Federal Court, was kind enough to walk me through filing just now.

I am and have contacted my client regarding the Order, and am waiting for his final tax returns, and I believe once he's then updated all his documents, the Plaintiff's Attorney, should have everything they need.

Thank You,

THE LAW OFFICE OF MARDA ROSENBAUM, P.C.
335B Hawkins Avenue
Ronkonkoma, NY 11779
ph:631-366-3670
fax: 631-366-3902